# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2720

_____

Billy Grisso,                                  *
                                               *
             Appellant,                        *
                                               *    Appeal from the United States
      v.                                       *    District Court for the
                                               *    Eastern District of Missouri.
Jo Anne B. Barnhart, Commissioner,             *
Social Security Administration,                *        [UNPUBLISHED]
                                               *
             Appellee.                         *

_____

Submitted:  September 28, 2006
Filed:  October 11, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

In 1981, Billy Grisso was awarded disability benefits.  In 1983, he was sentenced to 25 years in prison for felony offenses, and his benefits were suspended pursuant to a former federal law, 42 U.S.C. § 402(x)(1) (1993) (amended 1994), which provided that an individual imprisoned for a felony could not receive benefits unless he participated in an approved rehabilitation program.  In 1997, Grisso filed an application with the Social Security Administration for approval of an industrial training program he had participated in from July 1984 to July 1992.  An

administrative law judge (ALJ) refused to approve the program, the district court[1] affirmed, and Grisso appeals. After thorough review of the record and the parties' submissions, we find substantial evidence supports the ALJ's decision. See Dukes v. Barnhart, 436 F.3d 923, 926 (8th Cir. 2006) (standard of review). We also find no abuse of discretion in the district court's denial of Grisso's motion for reconsideration. See In re Charter Commc'ns, Inc., 443 F.3d 987, 993 (8th Cir.) (standard of review), petition for cert. filed, 75 U.S.L.W. 3034 (U.S. July 7, 2006) (No. 06-43).

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny as moot Grisso's motion to "call up" records.

_____

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.